# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Danielle Tyra,<br><br>              Plaintiff,<br><br>v.<br><br>Jason Paul Vanburen,<br><br>              Defendant. | Case No. 2:21-cv-01289 -BNW<br><br>**Order** |

Before the Court is plaintiff's application for leave to proceed in forma pauperis ("IFP"). ECF No. 1. Federal law provides that the Court may authorize a civil litigant to commence a suit in forma pauperis, without prepayment of fees. 28 U.S.C. § 1915(a)(1). To that end, under the Local Special Rules, a person applying for IFP status need only submit "an application to proceed [IFP]" and "the original of any petition, complaint, or motion under 28 U.S.C. § 2255." LSR 1-4; *see also* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court.").

Here, plaintiff failed to submit a complaint to accompany her IFP application. The Court will not consider plaintiff's IFP application until plaintiff submits a complaint to the Court.

IT IS THEREFORE ORDERED that by August 12, 2021, plaintiff must submit to the Clerk of Court a complaint on the form provided by the Court. Failure to comply with this deadline may result in dismissal of this case.

DATED: July 12, 2021.

                                                      Brenda Weksler
                                                    United States Magistrate Judge